IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *   No. 04-20422-D |
| BRANDON WILLIAMS, | * |
| Defendant. | * |

## ORDER

For good cause shown, it is hereby ORDERED that the Government's Motion to revoke the bond of defendant BRANDON WILLIAMS is hereby granted, that this defendant's bond be revoked and that this defendant be detained pending further proceedings in this case.

DONE at Memphis, Tennessee, this 27 day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Leonard E. Lucas III
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-3-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20422 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT