FILED BY /A(w)/ D.C.

2005 SEP 22 AM 11:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | * * * * | |
| vs. | * | NO. 04-20422-D |
| | * * | |
| BRANDON WILLIAMS, DEFENDANT, | * * * | |

## ORDER OF CONTINUANCE OF SENTENCING

UPON, motion of the Defendant Brandon Williams to continue the sentencing in this cause from September 23, 2005 to a later date in the last week of November 2005 and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. The Sentencing in this cause is continued to 11-21st 2005. at 2:00 p.m.

IT IS SO ORDERED, ADJUDGED AND DECREED on this 22 day of September, 2005.

_____
HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 9-22-05

(43)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20422 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT